GEOFFREY A. HANSEN
Acting Federal Public Defender
ELLEN V. LEONIDA
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500
Facsimile: (510) 637-3507
ellen_leonida@fd.org

Counsel for Defendant
STEVEN NELSON

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>STEVEN NELSON,<br><br>　　　　　　Defendant. | CR 12-00208 YGR<br><br>STIPULATION TO CONTINUANCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET. SEQ.; ORDER |

　　　　IT IS HEREBY STIPULATED, by and between the parties to this action, that the status hearing date of April 19, 2012, presently scheduled at 2:00 p.m. before the Honorable Yvonne Gonzalez Rogers, be vacated and the matter be re-set for May 3, 2012 for change of plea.

　　　　The requested continuance is necessary because, although the defendant and the government have agreed upon the terms of a plea agreement, defendant requires a short continuance to review the final written agreement.

　　　　The parties agree and stipulate that the time until May 3, 2012 should be excluded, under 18

CR 12-00208 YGR
Stipulation to Continuance and Exclusion of Time

1

U.S.C. §3161(h)(7)(A) and 18 U.S.C. §3161(h)(7)(B)(iv) because the ends of justice served by the granting of the continuance outweigh the bests interests of the public and the defendant in a speedy and public trial. The continuance is necessary to afford the Defendant continuity of counsel.

Date: April 18, 2012         /s/
                              ELLEN V. LEONIDA
                              Assistant Federal Public Defender
                              Counsel for defendant STEVEN NELSON


Date: April 18, 2012         /s/
                              WILLIAM J. GULLOTTA
                              Assistant United States Attorney


## ORDER

The court finds that the ends of justice served by the granting of the continuance outweigh the bests interests of the public and the defendant in a speedy and public trial. The continuance is necessary to accommodate counsel's preparation efforts and continuity of counsel.  Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to May 3, 2012 at 2:00 p.m., before the Honorable Yvonne Gonzalez Rogers, and that time is excluded until May 3, 2012 pursuant to 18 U.S.C. § 3161(h)(7)(a) and 18 U.S.C. §3161(h)(7)(B)(iv) .

IT IS SO ORDERED.


 April 18, 2012                                    _[signature]_
 Date                                              HON. YVONNE GONZALEZ ROGERS
                                                   UNITED STATES DISTRICT JUDGE

CR 12-00208 YGR
Stipulation to Continuance and Exclusion of Time

2