1   GEOFFREY A. HANSEN
    Acting Federal Public Defender
2   ELLEN V. LEONIDA
    Assistant Federal Public Defender
3   555 - 12th Street, Suite 650
    Oakland, CA 94607-3627
4   Telephone: (510) 637-3500
    Facsimile: (510) 637-3507
5   ellen_leonida@fd.org

6   Counsel for Defendant
    STEVEN NELSON
7

8
                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
                         OAKLAND DIVISION
10

11   UNITED STATES OF AMERICA,                CR 12-00208 YGR

12                        Plaintiff,          STIPULATION TO CONTINUANCE
                                              OF SENTENCING; [PROPOSED]
13          v.                                ORDER

14   STEVEN NELSON,

15                        Defendant.

16

17

18          IT IS HEREBY STIPULATED, by and between the parties to this action, that the presently

19   scheduled sentencing date of August 2, 2012 at 2:00 p.m., before the Hon. Yvonne Gonzalez Rogers,

20   be vacated and that sentencing be re-set for August 30, 2012 at 2:00 p.m..

21          The requested continuance is necessary in order to facilitate the preparation of a timely draft

22   pre-sentence report.  Defense counsel will be out of the office between May 11, 2012 and June 26,

23   2012.   When the current date was set, defense counsel anticipated completing the probation

24   interview before leaving.  However, the probation department is conducting a mandatory training

25   for all PSR report writers on May 9 and 10, 2012, so it will not be possible to conduct an interview

26   with Mr. Nelson prior to May 11, 2012.

1   Date: May 8, 2012                          _____/s/_____

2                                              Ellen V. Leonida
                                               Assistant Federal Public Defender
3                                              Counsel for defendant STEVEN NELSON

4   Date: May 8, 2012                          _____/s/_____

5                                              WILLIAM GULLOTTA
                                               Special Assistant United States Attorney
6

7

8

9                                    ORDER

10          The court finds that the requested continuance is necessary for continuity of counsel.  Based

11  on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to

12  August 30, 2012 at 2:00 p.m., before the Honorable Yvonne Gonzalez Rogers.

13          IT IS SO ORDERED.

14

15  _____May 8, 2012_____            HON. YVONNE GONZALEZ ROGERS

16  Date                               UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26