AO 245D (Rev. AO 11/16-CAN 04/18) Judgment in Criminal Case of Revocation

# UNITED STATES DISTRICT COURT
## Northern District of California

| UNITED STATES OF AMERICA | ) | JUDGMENT IN A CRIMINAL CASE |
| --- | --- | --- |
| | ) | (For **Revocation** of Probation or Supervised Release) |
| v. | ) | |
| Steven Nelson | ) | USDC Case Number: CR-12-00208-001 YGR |
| | ) | BOP Case Number: DCAN412CR00208-001 |
| | ) | USM Number: 17108-111 |
| | ) | Defendant's Attorney: Hanni Fakhoury (AFPD) |

**THE DEFENDANT:**

☑ admitted guilt to violation of charge(s): <u>One and Two</u> of the petition dated January 21, 2021.

☑ was found in violation of charges(s): <u>Three and Four</u> to which he conceded No Contest and the Court found sufficient evidence to prove the charges.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
| --- | --- | --- |
| One | Failure to Participate in Substance Abuse Testing and Treatment | November 5, 2020 |
| Two | Use of a Controlled Substance | November 5, 2020 |
| Three | New Law Violation | January 20, 2021 |
| Four | Possession of a Firearm | January 20, 2021 |

The defendant is sentenced as provided in pages 2 through <u> 2 </u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ Charge _____ is dismissed on motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: <u>1621</u>

Defendant's Year of Birth: <u>1971</u>

City and State of Defendant's Residence:
<u>Vallejo, California</u>

3/22/2021
Date of Imposition of Judgment

*[signature]*
Signature of Judge

The Honorable Yvonne Gonzalez Rogers
United States District Judge
Name & Title of Judge

3/29/2021
Date Signed

AO 245D (Rev. AO 11/16-CAN 04/18) Judgment in Criminal Case of Revocation

DEFENDANT: Steven Nelson  
CASE NUMBER: CR-12-00208-001 Judge's Initial  
Judgment - Page 2 of 2

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

Twenty (20) months of custody with no term of supervision to follow.

- [x] The Court makes the following recommendations to the Bureau of Prisons: To a facility as close to the Bay Area as possible.

- [x] The defendant is remanded to the custody of the United States Marshal. The appearance bond is hereby exonerated. Any cash bail plus interest shall be returned to the owner(s) listed on the Affidavit of Owner of Cash Security form on file in the Clerk's Office.

- [ ] The defendant shall surrender to the United States Marshal for this district:
  - [ ] at _____ [ ] am [ ] pm on _____ (no later than 2:00 pm).
  - [ ] as notified by the United States Marshal.

  The appearance bond shall be deemed exonerated upon the surrender of the defendant. Any cash bail plus interest shall be returned to the owner(s) listed on the Affidavit of Owner of Cash Security form on file in the Clerk's Office.

- [ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  - [ ] at _____ [ ] am [ ] pm on _____ (no later than 2:00 pm).
  - [ ] as notified by the United States Marshal.
  - [ ] as notified by the Probation or Pretrial Services Office.

  The appearance bond shall be deemed exonerated upon the surrender of the defendant. Any cash bail plus interest shall be returned to the owner(s) listed on the Affidavit of Owner of Cash Security form on file in the Clerk's Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____  
DEPUTY UNITED STATES MARSHAL